GROVE PRESS, INC., ET AL. *v.* MARYLAND STATE
BOARD OF CENSORS

No. 63.   Argued November 10, 1970—Decided March 8, 1971

*Edward de Grazia* argued the cause for appellants.
With him on the brief were *Nathan Lewin, Arnold M.
Weiner,* and *Alan M. Dershowitz.*

*Francis B. Burch,* Attorney General of Maryland,
argued the cause for appellee.   With him on the brief
was *Thomas N. Biddison, Jr.,* Assistant Attorney General.

Briefs of *amici curiae* urging reversal were filed by
*Felix J. Bilgrey* for the International Film Importers &
Distributors of America, Inc.; by *Louis Nizer* for the
Motion Picture Association of America, Inc.; by *Leon
Friedman* and *Lester Pollack* for the National Association
of Theater Owners, Inc., and by *Stanley Fleishman* and
*Sam Rosenwein* for the Adult Film Association of Amer-
ica, Inc.

*Francis J. Rudolph* filed a brief for Morality in Media,
Inc., as *amicus curiae,* urging affirmance.

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE DOUGLAS took no part in the consideration
or decision of this case.